UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LUKENS MARTELUS,

    Plaintiff,

v.                              Case No. 3:17cv242-LC-CJK

JOSHUA HATTAWAY, et al.,

    Defendants.

_____/

ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 1, 2018 (doc. 48). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections (doc. 55).

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant McIver's motion to dismiss (doc. 32) is **GRANTED**, and plaintiff's claims against McIver are **DISMISSED**.

**DONE AND ORDERED** this 19th day of September, 2018.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**