# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

LUKENS MARTELUS,

    Plaintiff,

v.                                                        Case No. 3:17-cv-242-LC/MJF

JOSHUA D. HATTAWAY, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 14, 2018 (ECF No. 65). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The motion for summary judgment filed by Defendants Hattaway and Butler (ECF No. 53) is **GRANTED IN PART** and **DENIED IN PART**.

3. The motion for summary judgment is **GRANTED** as to:

   a. Plaintiff's Eighth Amendment claim against Defendant Hattaway and Defendant Butler for deliberate indifference to a serious medical need;

   b. Plaintiff's claim against Defendant Hattaway and Defendant Butler for conspiracy to violate constitutional rights; and

   c. Plaintiff's claims against Defendant Hattaway and Defendant Butler, in their official capacities, to the extent that the Plaintiff is seeking compensatory and punitive damages.

4. Defendants' motion for summary judgment is **DENIED** and recommitted to the Magistrate Judge for further proceedings on:

   a. the Plaintiff's Eighth Amendment claim against Defendant Hattaway for excessive use of force; and

   b. the Plaintiff's Eighth Amendment claim against Defendant Butler for failure to intervene and protect;

   c. the Defendants' assertion of qualified immunity; and

   d. the Defendants' assertion that 42 U.S.C. § 1997e(e) precludes any award of compensatory or punitive damages.

**DONE AND ORDERED** this 18th day of March, 2019.

       s/*L.A. Collier*
       **LACEY A. COLLIER**
       **SENIOR UNITED STATES DISTRICT JUDGE**

3:17-cv-242-LC/MJF